UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,        Case No. 21-20686

v.                              Judith E. Levy
                              United States District Judge

Savinder Singh,

                              Mag. Judge Anthony P. Patti

         Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [28], ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT [27] UNDER ADVISEMENT**

This case was referred to Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3) for the purposes of receiving Defendant Savinder Singh's offer of a guilty plea. With Defendant's consent (ECF No. 24), Judge Patti conducted a plea hearing and entered Defendant's guilty plea on September 6, 2022. (ECF No. 27.) On September 7, 2022, Judge Patti issued a Report and Recommendation recommending that this Court accept Defendant's guilty plea. (ECF No. 28.)

The Report and Recommendation states that, under Federal Rule of Civil Procedure 72(b)(2) and 28 U.S.C. § 636(b)(1), the parties may

object to the proposed findings and recommendations within 14 days of service. (*See* ECF No. 28, PageID.77.) No objections were filed by September 21, 2022. Thus, the parties have waived their right to appeal Judge Patti's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, the Report and Recommendation (ECF No. 28) is ADOPTED.

Further, Defendant's guilty plea is ACCEPTED, and the Rule 11 Plea Agreement (ECF No. 27) is TAKEN UNDER ADVISEMENT.

IT IS SO ORDERED.

Dated: September 23, 2022          s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2022.

                                   s/Karri Sandusky on behalf of
                                   WILLIAM BARKHOLZ
                                   Case Manager